*Robert H. Elder* and *Wessels Ryerson* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J., solely on the ground that the indictment charges more than one crime under section 2460 of the Penal Law.

---

JOHN E. MAYHEW, Respondent, *v.* AUGUST BELMONT HOTEL COMPANY, Appellant.

*Mayhew* v. *August Belmont Hotel Co.*, 154 App. Div. 892, affirmed.
(Argued March 3, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

*Theodore H. Lord* and *Lyman A. Spalding* for appellant.

*George W. Glaze* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.

---

LILLIAN I. ANDREWS, Respondent, *v.* DANIEL L. DRESSER, Appellant.

*Andrews* v. *Dresser*, 150 App. Div. 928, affirmed.
(Submitted March 4, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 17, 1912, affirming a judgment in favor of plaintiff's assignor entered upon a verdict in an action for conversion.

*Claude W. Gould* for appellant.

*William W. Cantwell* and *James O. Farrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not voting: HISCOCK, J. Not sitting: MILLER, J.

---

JOSEPH B. BISSELL, Appellant, *v.* MARY P. MYTON et al., as Executors of ALFRED SULLY, Deceased, Respondents.

*Bissell* v. *Myton,* 160 App. Div. 268, affirmed.
(Submitted March 4, 1915; decided March 23, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1914, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term and granting a new trial in an action to recover for medical services alleged to have been rendered to members of the decedent's family.

*Franklin Bien* for appellant.

*Frank T. Wells* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.